# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0993
Lower Tribunal No. 2022-CF-013095-O

_____

STATE OF FLORIDA,

Appellant,

v.

ZACKARIAH THOMAS,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Kevin B. Weiss, Judge.

November 10, 2025

PER CURIAM.

AFFIRMED.

WOZNIAK, SMITH and GANNAM, JJ., concur.


James Uthmeier, Attorney General, Tallahassee, and, Daniel Caldwell and Rebecca Rock McGuigan, Assistant Attorneys General, Daytona Beach, for Appellant.

Blair Allen, Public Defender, and David L. Redfearn, Assistant Public Defender, Bartow, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED